**Opinion issued December 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00104-CV**

————————————

**AHMAD YAZDCHI AND MEHDI SADEGHIAN, Appellants**

**V.**

**LIBERTY COUNTY MUTUAL INSURANCE, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-63837**

---

**MEMORANDUM OPINION**

Appellants Ahmad Yazdchi and Mehdi Sadeghian, proceeding pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On November 5, 2025, the Clerk of this Court notified appellants that their appellate brief was past due, and their appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We

directed appellants to file their brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellants did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.